■ In the Matter of PATRICK J. DONAHUE, Respondent, v KATHLEEN M. MORICHELLI, Formerly Known as Kathleen M. Donahue, Appellant. [788 NYS2d 908]—Appeal from an order of the Family Court, Onondaga County (Robert J. Rossi, J.), entered April 1, 2004 in a proceeding pursuant to Family Court Act article 6. The order continued the joint custody provision of a prior order, awarded primary physical residence of the parties' children to petitioner and adjudged that respondent willfully violated a prior order.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court. Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ORTIZ, Appellant. (Appeal No. 1.) [788 NYS2d 896]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered May 23, 2002. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ORTIZ, Appellant. (Appeal No. 2.) [788 NYS2d 896]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered May 23, 2002. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Pine, JJ.